APPEAL No. 76-455. RHODE ISLAND LUNG ASSOCIATION *et al.* *v.* DR. JOSEPH P. CANNON *et al.* The plaintiffs' motion to affirm the judgment below pursuant to Rule 16(g) is denied. *Thomas C. Mullaney, Harold R. Ward,* for plaintiffs. *Thomas J. Grady,* for defendants.

APPEAL No. 77-36. ELEANOR M. JOHANSEN *v.* HAROLD L. JOHANSEN. The motion of Ferdinand A. Bruno and Joseph J. Recupero to withdraw as counsel for the defendant is granted. *A. Norman LaSalle,* for plaintiff.

April 27, 1977.

M. P. No. 77-102. PHYLLIS JUNE VLASATY *v.* STATE BOARD OF ELECTIONS *et al.* This is certiorari to review a decision of the State Board of Elections.

Involved is the question of the validity of nomination papers filed for and in behalf of Jeanne R. O'Rourke candidate for State Representative in the Democratic Primary in the 98th Representative District held on March 29, 1977. Also involved is the contention by petitioner that she is entitled to be certified as the only candidate to have filed valid nomination papers for the office of State Representative to be voted upon at the Democratic Primary held on March 29, 1977.

The petition is denied and dismissed, the writ heretofore issued is quashed, the action of the Board of Elections dismissing the petitioner's challenge to the nomination papers of her opponent is affirmed, and the records certified to this court are ordered returned to the Board of Elections with our order endorsed thereon.

Our opinion will follow at a later date. *Richard P. D'Addario,* for petitioner. *Julius C. Michaelson,* Attorney General, *Stephen F. Achille,* for respondents.